DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

The Estate of WILLIAM KEEN, by and through
ELIZABETH KEEN, personal representative,

Appellant,

v.

SKYLINE HEALTH CARE, LLC; SKYLINE MANAGEMENT GROUP
LLC; SUN ISLAND CAPITAL, LLC; SUN ISLAND HEALTHCARE, LLC;
JOSEPH SCHWARTZ; CLEAR WATER CARE AND REHABILITATION
CENTER LLC; LAUREL POINT CARE AND REHABILITATION CENTER
LLC;  WEST JACKSONVILLE CARE AND REHABILITATION CENTER,
LLC; ATLANTIC CARE AND REHABILITATION CENTER, LLC;
AUBURNDALE OAKS CARE AND REHABILITATION CENTER, LLC;
919 OLD WINTER HAVEN ROAD, SPE, LLC, AUBURNDALE OAKS
HOLDING, LLC, BRIAR HILL, INC.; LYRIC HEALTH CARE HOLDINGS
III, LLC; LYRIC HEALTH CARE, LLC; LYRIC HC OPERATIONS
ACQUISITION LLC; CAPITAL FUNDING GROUP, INC.; MONTANI
INVESTORS LLC; RIDGE CREST HEALTHCARE, LLC; ADDIT LLC;
SLC PROFESSIONALS CHAI, LLC; SLC PROFESSIONALS HOLDINGS,
LLC; 919 OLD WINTER HAVEN ROAD, LLC; JOHN DWYER; ALAN
ZUCCARI; TIMOTHY F. NICHOLSON; JEAN M. POHL; WEST
JACKSONVILLE CARE AND REHABILITATION, LLC; ATLANTIC CARE
AND REHABILITATION CENTER, LLC; AUBURNDALE OAKS CARE
AND REHABILITATION CENTER, LLC; 919 OLD WINTER HAVEN
ROAD, SPE, LLC; AUBURNDALE OAKS HOLDING, LLC; BRIAR HILL,
INC.; LYRIC HEALTH CARE HOLDINGS III, LLC; LYRIC HEALTH CARE,
LLC; LYRIC HC OPERATIONS ACQUISITION, LLC, and CAPITAL
FUNDING GROUP,

Appellees.

_____

No. 2D2025-0450
_____

February 20, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

James L. Wilkes, II of Wilkes & Associates, P. A., Tampa, for Appellant.

Kenneth N. Johnson of Kenneth N. Johnson, P.L., Palm Beach Gardens, for Appellees Briar Hill, Inc., John Dwyer, and Timothy F. Nicholson.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.